FILED: March 1, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1182
(A087-916-163)

_____

WEI QIN CHEN

      Petitioner

v.

LORETTA E. LYNCH, Attorney General

      Respondent

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay of removal pending appeal, the court denies the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Agee and Judge Thacker.

      For the Court

      /s/ Patricia S. Connor, Clerk